IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(SOUTHERN DIVISION)

| | |
|---|---|
| LUGENE WALKER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. |
| | ) 2:15-cv-00675-TMP |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC, *et al,* | ) |
| | ) |
| Defendants. | ) |

## SUMMONS IN A CIVIL ACTION

**To:** Trans Union LLC
c/o Registered Agent Prentice-Hall Corporation Systems Inc.
150 S. Perry Street
Montgomery, Alabama 36104

A lawsuit has been filed against you.

Within twenty-one (21) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are: Micah S. Adkins, THE ADKINS FIRM, P.C., 301 19th Street North, Suite 581, Birmingham, Alabama 35203.

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 5/4/15

SHARON N. HARRIS, CLERK
By: *[signature]*
Deputy Clerk
(SEAL OF COURT)
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(SOUTHERN DIVISION)

| | |
|---|---|
| LUGENE WALKER, JR.,                 ) | |
|                                                          ) | |
|             Plaintiff,                          ) | |
| v.                                                    ) | |
|                                                          ) | Civil Action No. |
|                                                          ) | 2:15-cv-00675-TMP |
| EQUIFAX INFORMATION         ) | |
| SERVICES, LLC, *et al*,              ) | |
|                                                          ) | |
|             Defendants.                      ) | |

## SUMMONS IN A CIVIL ACTION

**To:**   WELLS FARGO, NATIONAL ASSOCIATION D/B/A AUTO LOSS RECOVERY
C/O REGISTERED AGENT
CSC LAWYERS INCORPORATING SRV INC
150 S PERRY ST
MONTGOMERY, AL 36104

A lawsuit has been filed against you.

Within twenty-one (21) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address is: Micah S. Adkins, THE ADKINS FIRM, P.C., 301 19th Street North, Suite 581, Birmingham, Alabama 35203.

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 5/4/15

SHARON N. HARRIS, CLERK
By: [signature]
Deputy Clerk
(SEAL OF COURT)
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(SOUTHERN DIVISION)

| | |
|---|---|
| LUGENE WALKER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. |
| | ) 2:15-cv-00675-TMP |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC, *et al,* | ) |
| | ) |
| Defendants. | ) |

## SUMMONS IN A CIVIL ACTION

**To:** WELLS FARGO, NATIONAL ASSOCIATION
C/O REGISTERED AGENT
CSC LAWYERS INCORPORATING SRV INC
150 S PERRY ST
MONTGOMERY, AL 36104

A lawsuit has been filed against you.

Within twenty-one (21) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are: Micah S. Adkins, THE ADKINS FIRM, P.C., 301 19th Street North, Suite 581, Birmingham, Alabama 35203.

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 5/4/15

SHARON N. HARRIS, CLERK
By: [signature]
Deputy Clerk
(SEAL OF COURT)
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(SOUTHERN DIVISION)

| | |
|---|---|
| LUGENE WALKER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Civil Action No. |
| | ) 2:15-cv-00675-TMP |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC, *et al,* | ) |
| | ) |
| Defendants. | ) |

## SUMMONS IN A CIVIL ACTION

**To:**   PROFESSIONAL FINANCE CO.
C/O REGISTERED AGENT
CT CORPORATION SYSTEM
2 NORTH JACKSON ST STE 605
MONTGOMERY, AL 36104

A lawsuit has been filed against you.

     Within twenty-one (21) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are: Micah S. Adkins, THE ADKINS FIRM, P.C., 301 19th Street North, Suite 581, Birmingham, Alabama 35203.

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 5/4/15

SHARON N. HARRIS, CLERK
By: /s/
Deputy Clerk
(SEAL OF COURT)
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(SOUTHERN DIVISION)

| | |
|---|---|
| LUGENE WALKER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. |
| ) | 2:15-cv-00675-TMP |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC, *et al*, ) | |
| ) | |
| Defendants. ) | |

## SUMMONS IN A CIVIL ACTION

**To:**  NEXCHECK, LLC
C/O REGISTERED AGENT
GANT, JOHN W JR
1819 5TH AVE N STE 1100
BIRMINGHAM, AL 35203

A lawsuit has been filed against you.

    Within twenty-one (21) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are: Micah S. Adkins, THE ADKINS FIRM, P.C., 301 19th Street North, Suite 581, Birmingham, Alabama 35203.

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 5/4/15

SHARON N. HARRIS, CLERK
By: /s/
Deputy Clerk
(SEAL OF COURT)
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(SOUTHERN DIVISION)

| | |
|---|---|
| LUGENE WALKER, JR., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> ) <br> EQUIFAX INFORMATION ) <br> SERVICES, LLC, *et al,* ) <br> ) <br> ) <br> Defendants. ) | Civil Action No. <br> 2:15-cv-00675-TMP |

## SUMMONS IN A CIVIL ACTION

**To:** First Premier Bank, N.A.
c/o Dana J. Dykhouse
601 South Minnesota Avenue
Sioux Falls, South Dakota 57104

A lawsuit has been filed against you.

Within twenty-one (21) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are: Micah S. Adkins, THE ADKINS FIRM, P.C., 301 19th Street North, Suite 581, Birmingham, Alabama 35203.

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 5/4/15

SHARON N. HARRIS, CLERK
By: *[signature]*
Deputy Clerk
(SEAL OF COURT)
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| LUGENE WALKER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No. |
| | ) | 2:15-cv-00675-TMP |
| EQUIFAX INFORMATION | ) | |
| SERVICES, LLC, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

## SUMMONS IN A CIVIL ACTION

**To:** Capital One Auto Finance, Inc.
CAPITAL ONE AUTO FINANCE INC
CORPORATE GOVERNANCE OFFICE
1680 CAPITAL ONE DRIVE
MCLEAN, VA 22102

A lawsuit has been filed against you.

Within twenty-one (21) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are: Micah S. Adkins, THE ADKINS FIRM, P.C., 301 19th Street North, Suite 581, Birmingham, Alabama 35203.

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 5/4/15

SHARON N. HARRIS, CLERK
By: *[signature]*
Deputy Clerk
(SEAL OF COURT)
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(SOUTHERN DIVISION)

| | |
|---|---|
| LUGENE WALKER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. |
| ) | 2:15-cv-00675-TMP |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC, *et al*, ) | |
| ) | |
| Defendants. ) | |

## SUMMONS IN A CIVIL ACTION

**To:** AMERICAN EXPRESS Centurion Bank
C/O REGISTERED AGENT
2 NORTH JACKSON STREET STE 605
MONTGOMERY, AL 36104

A lawsuit has been filed against you.

Within twenty-one (21) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are: Micah S. Adkins, THE ADKINS FIRM, P.C., 301 19th Street North, Suite 581, Birmingham, Alabama 35203.

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 5/4/15

SHARON N. HARRIS, CLERK
By: *[signature]*
Deputy Clerk
(SEAL OF COURT)
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(SOUTHERN DIVISION)

| | |
|---|---|
| LUGENE WALKER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. |
| | ) 2:15-cv-00675-TMP |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC, *et al,* | ) |
| | ) |
| Defendants. | ) |

## SUMMONS IN A CIVIL ACTION

**To:** Experian Information Solutions, Inc.
c/o CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, Alabama 36104

A lawsuit has been filed against you.

Within twenty-one (21) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are: Micah S. Adkins, THE ADKINS FIRM, P.C., 301 19th Street North, Suite 581, Birmingham, Alabama 35203.

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 5/4/15

SHARON N. HARRIS, CLERK
By: /s/
Deputy Clerk
(SEAL OF COURT)
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(SOUTHERN DIVISION)

| | |
|---|---|
| LUGENE WALKER, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| EQUIFAX INFORMATION SERVICES, LLC, *et al,* | ) Civil Action No. ) 2:15-cv-00675-TMP ) ) ) |
| Defendants. | ) ) |

## SUMMONS IN A CIVIL ACTION

**To:** Equifax Information Services, LLC
c/o Registered Agent:
CSC LAWYERS INCORPORATING SVC INC
150 S. Perry Street
Montgomery, Alabama 36104

A lawsuit has been filed against you.

Within twenty-one (21) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are: Micah S. Adkins, THE ADKINS FIRM, P.C., 301 19th Street North, Suite 581, Birmingham, Alabama 35203.

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 5/4/15

SHARON N. HARRIS, CLERK
By: *[signature]*
Deputy Clerk
(SEAL OF COURT)
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

1