FILED

2015 May-27  AM 09:25
U.S. DISTRICT COURT
N.D. OF ALABAMA



UNITED STATES DISTIRCT COURT
FOR THE
NORTHERN DISTRICT OF ALABAMA
(SOUTHERN DIVISION)

| | |
|---|---|
| LUGENE WALKER, JR., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 2:15-cv-00675-TMP |
| EQUIFAX INFORMATION SERVICES LLC, ) | |
| et al. ) | |
| ) | |
| Defendant(s). ) | |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1

Defendant Professional Finance Company, Inc. ("PFC"), by and through its

counsel, hereby submits the following corporate disclosure statement pursuant to Fed. R.

Civ. P. 7.1, identifying any parent corporations and listing any publicly held companies

that own 10% or more of Professional Finance Company, Inc.

Defendant Professional Finance Company, Inc. does not have a parent company.

There are no publicly held companies that own 10% or more of an ownership interest in

Professional Finance Company, Inc.

RESPECTFULLY SUBMITTED this 27th day of May, 2015.

Professional Finance Company, Inc.

/s/ Nicholas J. Prola
Nicholas J. Prola,
One of Defendant's Attorneys
Professional Finance Company, Inc.
5754 W. 11th St., Ste. 100
Greeley, CO 80634
970-352-5000 x 316
nprola@pfccollects.com

## <u>CERTIFICATE OF SERVICE</u>

I, Nicholas J. Prola, hereby certified that on May 27th, 2015, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF System.  Service of this filing will be made on May 27th, 2015 by the CM/ECF notification system to the following counsel of record:

Micah S. Adkins
The Adkins Firm, P.C.
301 19th Street, Suite 581
The Kress Building
Birmingham, AL 35203
Telephone: (205) 458-1202
Facsimile: (205) 208-9632
micahadkins@itsyourcreditreport.com
***Attorneys for Plaintiff***

/s/ Nicholas J. Prola